**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Viropro, Inc. v. Pricewaterhousecoopers Advisor   Docket No.: 16-496-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Antony L. Ryan

Firm: Cravath, Swaine & Moore LLP

Address: 825 Eighth Avenue

Telephone: (212) 474-1000   Fax: (212) 474-3700

E-mail: aryan@cravath.com

Appearance for: Pricewaterhousecoopers Advisory Services SDN BHD
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Samira Shah / Cravath, Swaine & Moore LLP )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 04/08/2015   OR

☐ I applied for admission on .

Signature of Counsel: /s/ Antony L. Ryan

Type or Print Name: Antony L. Ryan