# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Viropro, Inc. v. Pricewaterhousecoopers Advisor    Docket No.: 16-496-cv

Lead Counsel of Record (name/firm) or Pro se Party (name): Antony L. Ryan / Cravath, Swaine & Moore LLP

Appearance for (party/designation): PricewaterhouseCoopers Advisory Services Sdn Bhd / Defendant - Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✔) Incorrect. Corrected caption:
   Viropro, Inc. v. PricewaterhouseCoopers Advisory Services Sdn Bhd

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect. Please change the following parties' designations:
   Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 04/05/2015    OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Antony L. Ryan
Type or Print Name: Antony L. Ryan
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.