# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Viropro, Inc. v. PricewaterhouseCoopers Advisory Services Sdn Bhd     Docket No.: 16-496-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Samira Shah

Firm: Cravath, Swaine & Moore LLP

Address: 825 Eighth Avenue

Telephone: (212) 474-1000    Fax: (212) 474-3700

E-mail: sshah@cravath.com

Appearance for: PricewaterhouseCoopers Advisory Services Sdn Bhd
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Antony L. Ryan / Cravath, Swaine & Moore LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 04/16/2014    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Samira Shah

Type or Print Name: Samira Shah