**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 13th day of April, two thousand and sixteen,

_____

Viropro, Inc.

v.

Pricewaterhousecoopers Advisor

_____

**ORDER**
Docket Number: 16-496

This Court's Civil Appeals Mediation Program ("CAMP") has scheduled mediation in the above-referenced appeal for <u>Wednesday, May 4, 2016 at 10:30 am (EST)</u>, with a Circuit Mediator. The mediation will be held **IN-PERSON**, at the **THURGOOD MARSHALL U.S. COURTHOUSE, 40 FOLEY SQUARE, NEW YORK, NY 10007, 6th FLOOR, ROOM 622.** Please use the Pearl Street entrance.

**Counsel, all parties, and representatives of any person or entity directly affected financially by the outcome of the litigation, including insurance representatives, must attend and participate in mediation**. Counsel are directed to be fully prepared to discuss the legal merit of each issue on review before this court and narrow, eliminate, or clarify issues on appeal where appropriate.

Personal electronic devices may be used in the mediation conference only as authorized by this Court's Standing Order, *In the Matter of Electronic Devices and General Purpose Computing Devices* (see attached). If you intend to bring an electronic device, **you must bring both orders with you.**

Please confirm your availability with opposing counsel and this office upon receipt of this order. You must allot up to three hours for mediation. Any questions or requests regarding this order must be sent via email to camp_support@ca2.uscourts.gov or by calling (212) 857-8760.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

STANDING ORDER

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand thirteen.

---------------------------------X
In the Matter of
Electronic Devices and General
Purpose Computing Devices
---------------------------------X

DENNIS JACOBS, Chief Judge:

1. Except as permitted by this order, only court personnel may bring a personal electronic device--such as a cell phone, smart phone, tablet, or laptop--into the Thurgood Marshall Courthouse.

2. Subject to security screening, an attorney or party attending a Civil Appeals Management Program ("CAMP") mediation conference may bring a personal electronic device into the courthouse. But use of the personal electronic device is limited to the mediation conference, and no photography or recording is permitted. At the conclusion of the mediation conference, the attorney or party must either exit the courthouse or check the personal electronic device with court security.

3. An attorney or party who wishes to bring a personal electronic device to a mediation conference must present court security with a hard copy of the CAMP-issued conference notice.

4. The court may impose sanctions for violations of this order, including fines and forfeiture of privileges granted herein.

_____
Dennis Jacobs, Chief Judge

Date: May 30, 2013
New York, New York

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by_____
DEPUTY CLERK

CERTIFIED: 6/6/13